# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moody, James M. | 2. Court or Organization<br><br>USDC, Eastern Division | 3. Date of Report<br><br>07/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

500 West Capitol
Suite C-446
Little Rock, AR 72201-3396

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1-Part VII Line 37 |
| 2. | Trustee | Trust #2-Part VII Line 58 |
| 3. | Trustee | Trust #3-Part VII Line 97 |
| 4. | Trustee | Trust #4-Part VII Line 121 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. One Bank NA-Account | A | Interest | L | T | | | | | |
| 2. Bank of America NA | A | Interest | | | Closed | 06/30/12 | J | | |
| 3. Summit Bank NA-Account | A | Interest | J | T | Open | 06/30/12 | J | | |
| 4. Regions Bank NA-Account | A | Interest | J | T | | | | | |
| 5. Telco Federal Credit Union-Account | A | Interest | L | T | | | | | |
| 6. Regions Bank/Morgan Keegan (IRA)-Account | B | Int./Div. | K | T | | | | | |
| 7. BH & M Oil Comm Stock | B | Dividend | J | T | | | | | |
| 8. Header 1-1 | | | | | | | | | |
| 9. Goldman Sachs Bank,USA-Account(X) | A | Interest | J | T | | | | | |
| 10. Raymond James Bank, FSB-Account(X) | A | Interest | L | T | | | | | |
| 11. First Trust ETF II Consumer (FXD) Discretionary (FXD) | A | Dividend | K | T | Buy (add'l) | 11/07/12 | K | | |
| 12. First Trust ETF II Consumer Staples (FXG) | A | Dividend | K | T | Buy (add'l) | 11/07/12 | K | | |
| 13. First Trust ETF Fund II Alphadex Fund Annual (FXO) | A | Dividend | K | T | Buy | 07/24/12 | K | | |
| 14. FIRST TRUST HEALTH CARE ALPHADEX FD ETF (FXH) | A | Dividend | K | T | Buy | 01/04/12 | K | | |
| 15. First Trust ETF II Indls Prod Durable Alphadex Fund (FXR) | A | Dividend | K | T | Buy | 07/24/12 | K | | |
| 16. First Trust ETF II Utilities(FXU) | A | Dividend | K | T | Buy (add'l) | 01/10/12 | K | | |
| 17. First Trust ETF II Utilities(FXU) | A | Dividend | K | T | Sold (part) | 09/10/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust Exchange Alphadex (FDT) | A | Dividend | K | T | Buy (add'l) | 05/08/12 | K | | |
| 19. First Trust Exchange Alphadex (FDT) | A | Dividend | | | Sold (part) | 03/30/12 | K | D | |
| 20. First Trust Exchange Alphadex Emerging(FEM) | A | Dividend | K | T | Buy (add'l) | 05/08/12 | K | | |
| 21. First Trust Exchange Alphadex Emerging(FEM) | A | Dividend | | T | Sold (part) | 03/30/12 | K | D | |
| 22. Ishares TR Barclays TIPS Bd (TIP) | A | Dividend | K | T | Buy | 08/28/12 | K | | |
| 23. Ishares TR Iboxx Inv CPBD (LQD) | A | Dividend | K | T | Buy (add'l) | 09/05/12 | L | | |
| 24. Ishares TR Iboxx Inv CPBD (LQD) | A | Dividend | K | T | Sold (part) | 08/31/12 | L | B | |
| 25. Isahres Barclys 7-10 YR (IEF) | A | Dividend | K | T | Buy (add'l) | 11/07/12 | L | | |
| 26. Isahres Barclys 7-10 YR (IEF) | A | Dividend | | T | Sold (part) | 08/31/12 | K | B | |
| 27. Ishares TR DJ US Real Est (IYR) | A | Dividend | K | T | Buy (add'l) | 01/04/12 | K | | |
| 28. Ishares TR DJ US Real Est (IYR) | A | Dividend | | T | Sold (part) | 09/10/12 | J | A | |
| 29. Ishares TR High Yld Corp (HYG) | A | Dividend | K | T | Buy | 08/28/12 | K | | |
| 30. Ishares TR S&P NTL Amtfree (MUB) | A | Dividend | | | Sold | 11/13/12 | L | D | |
| 31. Ishares TR Barclys MBS BD (MBB) | A | Dividend | J | T | Buy (add'l) | 01/04/12 | L | | |
| 32. Ishares TR Barclys MBS BD (MBB) | A | Dividend | | T | Sold (part) | 08/31/12 | J | D | |
| 33. Ishares TR Fltg Rate Nt (FLOT) | A | Dividend | K | T | Buy | 08/28/12 | K | | |
| 34. SPDR Gold Tr Fgold Shs (GLD) | A | Dividend | K | T | Buy (add'l) | 08/07/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. SPDR Gold Tr Fgold Shs (GLD) | A | Dividend | | T | Sold<br>(part) | 01/03/12 | K | A | |
| 36. SPDR Barclays Capital 1-3 Month Tbill (BIL) | A | Dividend | | | Sold | 02/10/12 | L | B | |
| 37. Header 1-2 | | | | | | | | | |
| 38. Muni Cash Trust | A | Interest | M | T | | | | | |
| 39. Batesville Ar School Dist 001 RFDG & Const | A | Interest | L | T | | | | | |
| 40. UA FAyetvl Var Fac | B | Interest | J | T | Matured<br>(part) | 06/30/12 | J | | |
| 41. Conway AR Pub Fac Bd Cap Improvements Rev Ref Hendrix | B | Interest | | | Matured | 10/01/12 | K | | |
| 42. Paragould AR Water & Sewer Rev B/E | C | Interest | | | Matured | 12/04/12 | L | | |
| 43. AR St R Fdg Water Waste Disp & Poll CB/E | B | Interest | K | T | | | | | |
| 44. AR St Univ Rev Hsg Sys FGIC B/E | C | Interest | L | T | | | | | |
| 45. NLR Hlth Fac Board Hlth Care RV Ref Baptist Hth B/E | B | Interest | K | T | | | | | |
| 46. FOrt Smith AR Water & Sewer Rev Ser C FSA B/E | B | Interest | | | Matured | 10/01/12 | K | | |
| 47. AR State High Ed Ser B | B | Interest | K | T | | | | | |
| 48. Univ of Ark Univ Rev Var Fac Fytvlle Campus A B/E FGIC | B | Interest | L | T | | | | | |
| 49. Arkadeplhia AR Pub Ed Facs Rev Ouachita Baptst Univ B/E | C | Interest | L | T | | | | | |
| 50. Rogers AR Sewere Imprvt Ambac B/E | C | Interest | L | T | | | | | |
| 51. Russellevilee AR School | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bryant AR School | C | Int./Div. | L | T | | | | | |
| 53. Paris AR School | C | Interest | L | T | | | | | |
| 54. Clinton Ar School- | C | Interest | L | T | | | | | |
| 55. Pulaksi Tech- | C | Interest | L | T | | | | | |
| 56. El Dorado Ar Sch Dist- | C | Interest | L | T | Buy | 08/01/12 | L | | |
| 57. Little Rock Ar Hlth- | C | Interest | K | T | Buy | 08/01/12 | K | | |
| 58. Header 1-3 | | | | | | | | | |
| 59. First Southwest Prime Funds | | None | | | Closed | 06/30/12 | J | | |
| 60. Schwab Cash Money Market Fund (X) | A | Interest | J | T | Open | 06/30/12 | J | | |
| 61. Aloca Inc. | A | Int./Div. | J | T | | | | | |
| 62. Banco Bilbaovizcaya | A | Int./Div. | J | T | | | | | |
| 63. Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 64. Berkshire Hathaway, Inc. | A | Int./Div. | J | T | | | | | |
| 65. BP Amoco Spons ADR-BP | A | Int./Div. | K | T | | | | | |
| 66. Cisco | A | Int./Div. | K | T | Buy | 06/30/12 | K | | |
| 67. Costco | A | Int./Div. | K | T | Buy | 06/30/12 | K | | |
| 68. Contax Paratiacipacoes SA-CTXNY (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FISERV, Inc. | A | Int./Div. | K | T | | | | | |
| 70. GlaxosmithKline | A | Int./Div. | K | T | | | | | |
| 71. Hospitality Partners Trust-HPT | B | Int./Div. | | | Sold | 03/09/12 | K | A | |
| 72. Lexmark Int Group | A | Int./Div. | J | T | | | | | |
| 73. MGIC INvestment Corp | A | Int./Div. | J | T | | | | | |
| 74. Markel Corp | A | Int./Div. | J | T | | | | | |
| 75. Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 76. PNC Financial Svcs Grp | A | Int./Div. | K | T | | | | | |
| 77. Petroleo BRasilerio, SA | A | Int./Div. | J | T | | | | | |
| 78. Pfizer | A | Int./Div. | J | T | | | | | |
| 79. Public Service Enterprise | A | Int./Div. | K | T | | | | | |
| 80. Spectra Energy | A | Int./Div. | K | T | | | | | |
| 81. Banco Santander SA-STD | A | Int./Div. | J | T | | | | | |
| 82. Telefonica de espana SA | B | Int./Div. | K | T | | | | | |
| 83. Telefonos de Mexico | A | Int./Div. | J | T | | | | | |
| 84. Tim Particiacoes | A | Int./Div. | J | T | | | | | |
| 85. Thornburg Income Builder CL C-TIBCX | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oppenheimer GLobal CL C | A | Int./Div. | M | T | | | | | |
| 87. Plains Capital Bank-cash (X) | A | Int./Div. | J | T | | | | | |
| 88. Vector Group (VGR) | A | Dividend | K | T | | | | | |
| 89. Header 1-4 | | | | | | | | | |
| 90. Raymond James Bank,FSB-Account | A | Interest | J | T | | | | | |
| 91. Morgan Stanley Com Stock | A | Dividend | J | T | | | | | |
| 92. Wal-Mart Stores Com Stock | B | Dividend | K | T | | | | | |
| 93. Discover Fiancial Svc | A | Dividend | J | T | | | | | |
| 94. APPLE INCORPORATED (AAPL) | A | Dividend | K | T | | | | | |
| 95. TOYOTA MOTOR CORP ™ | A | Dividend | K | T | | | | | |
| 96. VERIZON COMMUNICATIONS INCORPORATED (VZ) | A | Dividend | J | T | | | | | |
| 97. Header 1-5 | | | | | | | | | |
| 98. Russellville AR School Dist Constr CFG | B | Interest | K | T | | | | | |
| 99. LR AR School District Ser B | C | Interest | L | T | | | | | |
| 100. Fort Smith AR Water & Sewer Rev Ser C | A | Interest | | | Sold | 10/01/12 | J | A | |
| 101. General Motors Corp Note | A | Interest | K | T | | | | | |
| 102. Muni Cash Trust Funds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Roger AR School | C | Interest | L | T | | | | | |
| 104. General Motors Co (GM) | A | Dividend | J | T | | | | | |
| 105. Motors Liquidation (MTLQU) | A | Interest | J | T | Buy | 06/12/12 | J | | |
| 106. Conway Ar School Dist 5.04% | B | Interest | K | T | | | | | |
| 107. Header 2-1 | | | | | | | | | |
| 108. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 109. First Horizon National COrp | A | Dividend | | | Sold | 04/05/12 | J | A | |
| 110. SunTrust Banks | A | Dividend | | | Sold | 04/03/12 | J | A | |
| 111. Header 2-2 | | | | | | | | | |
| 112. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 113. Fed Ex COrp | A | Dividend | L | T | | | | | |
| 114. Intel | B | Dividend | L | T | | | | | |
| 115. Qualcomm, Inc | A | Dividend | J | T | | | | | |
| 116. Activision Blizzard, Inc. | A | Dividend | | | Sold | 03/05/12 | J | A | |
| 117. Morgan Stanley | A | Dividend | | | Sold | 03/05/12 | J | A | |
| 118. Apple Inc.-AAPL | A | Dividend | K | T | | | | | |
| 119. Merck | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Blackstone Group LP Comm Unit Ltd-BX | A | Distribution | J | T | | | | | |
| 121. Header 2-3 | | | | | | | | | |
| 122. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 123. Cisco | A | Dividend | | | Sold | 09/13/12 | J | D | |
| 124. Dell Computer | A | Dividend | | | Sold | 09/13/12 | J | D | |
| 125. General Electric | A | Dividend | K | T | Sold (part) | 04/03/12 | J | C | |
| 126. Microsoft | A | Dividend | K | T | | | | | |
| 127. Discover Flncl Svcs | A | Dividend | | | Sold | 04/03/12 | J | D | |
| 128. Chesapeake Energy Corp | A | Dividend | | | Sold | 04/03/12 | J | A | |
| 129. Celegene Corp | A | Dividend | J | T | | | | | |
| 130. Header 2-4 | | | | | | | | | |
| 131. Raymond James Bank, FSB | A | Int./Div. | J | T | | | | | |
| 132. Goldman Sachs Bank, USA-Account | C | Interest | M | T | | | | | |
| 133. Evergreen Solar, Inc. | A | Dividend | J | T | | | | | |
| 134. AT&T Incorporated (T) | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 135. Apple Inc. (AAPL) | A | Dividend | K | T | Buy | 02/17/12 | K | | |
| 136. Conocophillips (COP) | A | Dividend | K | T | Buy (add'l) | 06/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Merck (MRK) | A | Dividend | J | T | | | | | |
| 138. Pfizer Inc. (PFE) | A | Dividend | J | T | | | | | |
| 139. Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 140. IDeal Holding Ltd | C | Dividend | K | T | | | | | |
| 141. Mineral interestl)-Lafayette County Arkansas (X) | C | Royalty | J | W | | | | | |
| 142. Rental #1-Nashville TN | C | Rent | K | W | | | | | |
| 143. FIRST TR ETF II ENERGY ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 11/13/12 | K | A | |
| 144. FIRST TR ETF II ENERGY ALPHADEX FUND ANNUAL | | None | | | Buy | 08/10/12 | K | | |
| 145. FIRST TR ETF II MATERIALS ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 11/13/12 | K | A | |
| 146. FIRST TR ETF II MATERIALS ALPHADEX FUND ANNUAL | | None | | | Buy | 07/27/12 | K | | |
| 147. SECTOR SPDR TR SBI INT-FINL | A | Dividend | | | Sold | 05/11/12 | K | A | |
| 148. SECTOR SPDR TR SBI INT-FINL | | None | | | Buy | 03/01/12 | K | | |
| 149. SPDR S&P 500 ETF TRUST | A | Dividend | | | Sold | 08/10/12 | M | A | |
| 150. SPDR S&P 500 ETF TRUST | | None | | | Buy | 01/09/12 | M | | |
| 151. FIRST TR EXCHANGE TRADED ALPHADEX FD II DEV MKTS EX US ALPHA | A | Dividend | | | Sold | 11/13/12 | K | A | |
| 152. FIRST TR EXCHANGE TRADED ALPHADEX FD II DEV MKTS EX US ALPHA | | None | | | Buy | 01/03/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ISHARES TR FLTG RATE NT | A | Dividend | | | Sold | 11/13/12 | K | A | |
| 154. ISHARES TR FLTG RATE NT | | None | | | Buy | 09/10/12 | K | | |
| 155. FIRST TR HEALTH CARE ALPHADEX FD ETF | A | Dividend | | | Sold | 09/10/12 | K | A | |
| 156. FIRST TR HEALTH CARE ALPHADEX FD ETF | | None | | | Buy | 01/13/12 | K | | |
| 157. FIRST TR ETF FUND II FINL ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 09/10/12 | K | A | |
| 158. FIRST TR ETF FUND II FINL ALPHADEX FUND ANNUAL | | None | | | Buy | 06/08/12 | K | | |
| 159. SPDR GOLD TR GOLD SHS | A | Dividend | | | Sold | 09/10/12 | L | A | |
| 160. SPDR GOLD TR GOLD SHS | | None | | | Buy | 01/13/12 | L | | |
| 161. ISHARES TR HIGH YLD CORP | A | Dividend | | | Sold | 11/13/12 | J | A | |
| 162. ISHARES TR HIGH YLD CORP | | None | | | Buy | 06/30/12 | J | | |
| 163. ISHARES TR BARCLYS 7-10 YR | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 164. ISHARES TR BARCLYS 7-10 YR | | None | | | Buy | 01/09/12 | J | | |
| 165. ISHARES TR IBOXX INV CPBD | A | Dividend | | | Sold | 11/13/12 | J | A | |
| 166. ISHARES TR IBOXX INV CPBD | | None | | | Buy | 01/03/12 | J | | |
| 167. ISHARES TR S&P NTL AMTFREE | A | Dividend | | | Sold | 06/08/12 | J | A | |
| 168. ISHARES TR S&P NTL AMTFREE | | None | | | Buy | 01/03/12 | J | | |
| 169. ISHARES TR BARCLYS TIPS BD | A | Dividend | | | Sold | 11/13/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. ISHARES TR BARCLYS TIPS BD | | None | | | Buy | 09/10/12 | J | | |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | | | | | |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 07/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 129-part was purchased in 2011 and not shown on report
Items 130-132 were purchased in 2011 but not shown on 2011 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James M. Moody**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544